FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 0 5 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN M. SULLIVAN | Criminal Indictment<br><br>No. 1:15-CR-290 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about December 3, 2012, in the Northern District of Georgia, the defendant, KEVIN M. SULLIVAN, did knowingly receive at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### Count Two

On or about June 15, 2015, in the Northern District of Georgia, the defendant, KEVIN M. SULLIVAN, did knowingly possess at least one computer and computer storage device which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging

in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A _____TRUE_____ BILL

_____/s/ T. Shelton_____
FOREPERSON

JOHN A. HORN
United States Attorney

_/s/ Paul R. Jones_
PAUL R. JONES
  Assistant United States Attorney
Georgia Bar No. 402617

_/s/ Erin E. Sanders_
ERIN SANDERS
  Special Assistant United States Attorney
Georgia Bar No. 552091

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181