# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cr-00290-MHC-CMS
## USA v. Sullivan
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 12/01/2016.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:40 A.M.    COURT REPORTER: Judith Wolff
TIME IN COURT: 00:35    DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kevin M. Sullivan Present at proceedings |
| ATTORNEY(S) PRESENT: | Bruce Harvey representing Kevin M. Sullivan
Paul Jones representing USA
Kristen Novay representing Kevin M. Sullivan
Donald Samuel representing Kevin M. Sullivan
Erin Sanders representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentence |
| MINUTE TEXT: | The Defendant is sworn in. After questioning the Defendant, the Court found that the Defendant entered a plea of guilty to Count 1 of the Indictment freely, knowingly and voluntarily. Sentence is set for March 1, 2017 at 10:00 AM in courtroom 1905. |