# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cr-00290-MHC-CMS
## USA v. Sullivan
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 03/01/2017.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 12:00 P.M.  COURT REPORTER: Judith Wolff
TIME IN COURT: 1:55  DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kevin M. Sullivan Present at proceedings |
| ATTORNEY(S) PRESENT: | Bruce Harvey representing Kevin M. Sullivan |
| | Paul Jones representing USA |
| | Kristen Novay representing Kevin M. Sullivan |
| | Donald Samuel representing Kevin M. Sullivan |
| | Erin Sanders representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | See Judgment in a Criminal Case for sentence. |